# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 15 WM 2015
:
           Respondent :
:
:
:
:
      v. :
:
:
:
ELIHU STRAYHORN, :
:
           Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of March, 2015, the Application for Extraordinary Relief, the Application for an Immediate Hearing, and the Application for Appointment of Counsel are **DENIED**.